

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00380-CV

| | | |
|---|---|---|
| THE CITY OF HENRIETTA, TEXAS, Appellant | § | On Appeal from the 97th District Court |
| | § | of Clay County (2019-0179C-CV) |
| V. | § | September 30, 2021 |
| LENA FAYE SMITHSON, Appellee | § | Memorandum Opinion by Justice Walker |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that appellant The City of Henrietta, Texas shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker